John D. Caruso, Esq.
Natalia C. Diaz, Esq.
**CARUSO & DIAZ, LLC**
416-418 Rahway Avenue
Elizabeth, NJ 07202
(908)-527-0700 (Office)
(973)-302-8589 (Fax)
NDIAZ@CARUSOANDDIAZ.COM
JDCARUSO@CARUSOANDDIAZ.COM

| | |
|---|---|
| UNITED STATES of AMERICA<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PERALTA<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CRIM. NO. **10-CR-363**<br><br><u>CRIMINAL ACTION</u><br><br><u>ORDER TO ALLOW TRAVEL</u><br><u>TO THE DOMINICA REPUBLIC FROM 7-17-12</u><br><u>TO 8-13-12</u> |

THIS MATTER seeking to allow the defendant to travel to the Dominica Republic from July 17, 2012 to August, 13 2012 so that he may visit his wife, Nancy Valentina Marte, in order to assist in the proof process of his pending alien relative petition, I-130, having been brought before the Court by Natalia C. Diaz, Esq. of Caruso & Diaz, LLC, for the defendant herein and having received the consent of both Robert Frazer, Assistant United States Attorney, representing the government and Mark Maffucci, representing United States Pretrial Services and all interested parties having no objection to same,

**THIS COURT** having considered the defense's application and

**IT IS** on this ___10___ day of ___July___ 2012,

**ORDERED** that the defendant, CHRISTOPHER PERALTA be allowed to travel to the Dominica Republic on July 17, 2012 and must return no later than August,15, 2012; and it is

**FURTHER ORDERED**, that pre-trial services return his passport to facilitate the travel.

_____

HON. JOSE L. LKINARES
U.S. DISTRICT COURT JUDGE